UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------ X
EDUARDO COSTA,

                Plaintiff,

      -v-                        CASE NO. 1:20-cv-02363-PAC

DELPHI TECHNOLOGIES PLC, TIMOTHY M. MANGANELLO, RICHARD F. DAUCH, ROBIN J. ADAMS, JOSEPH S. CANTIE, NELDA J. CONNORS, GARY L. COWGER, DAVID S. HAFFNER, DR. HELMUT LEUBE, HARI N. NAIR, and MARYANN WRIGHT,

                Defendants.
------------------------------------------ X

## NOTICE OF DISMISSAL

Notice is hereby given that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff voluntarily dismisses the above-titled action as moot. This notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.

Dated: June 25, 2020                                              Respectfully Submitted,

                                                                  **MONTEVERDE & ASSOCIATES PC**

                                                                  */s/ Juan E. Monteverde*
                                                                   Juan E. Monteverde (JM-8169)
                                                                   The Empire State Building
                                                                   350 Fifth Avenue, Suite 4405
                                                                   New York, New York 10118
                                                                   Tel: 212-971-1341
                                                                   Fax: 212-202-7880

                                                                   *Attorney for Plaintiff*